# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

EDMUND J. COPPA,

                Plaintiff,

-against-                                   21 **CIVIL** 5342 (LAK)

## **JUDGMENT**

NEW YORK YIMBY, LLC,

                Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 26, 2021, granting 12 Motion to Dismiss.

**Dated:**  New York, New York

        August 27, 2021

                                                              **RUBY J. KRAJICK**

                                                              _____

                                                                    **Clerk of Court**

                                **BY:**

                                                                     **Deputy Clerk**